UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00318-RJC

| | |
|---|---|
| TRACY MULLINAX, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's "Consent Motion for Remand." (Doc. No. 15). Defendant seeks entry of an Order remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Defendant has obtained Plaintiff's consent to this remand.

**IT IS, THEREFORE, ORDERED** that Defendant's motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) is **GRANTED**.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment, (Doc. No. 12) is **DENIED as moot**.

Signed: October 6, 2021

Robert J. Conrad, Jr.
United States District Judge