UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00318-RJC

| | |
|---|---|
| TRACY MULLINAX, ) | |
| Plaintiff, ) | |
| v. ) | **Order** |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on the Parties' Stipulation of Attorney's Fees. (DE 20). Upon stipulation of the parties, it is hereby **ORDERED** that Defendant will pay Plaintiff $3,975.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, and mailed to P.O. Box 58129, Raleigh, North Carolina, 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act. Additionally, Plaintiff shall be paid $400.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1). Plaintiff's Motion for Attorney's Fees, (DE 18), is **DENIED as moot** in light of this order.

    **SO ORDERED**.

Signed: January 31, 2022

Robert J. Conrad, Jr.
United States District Judge